UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIO RONEY GARCIA,<br><br>    Petitioner,<br><br>  v.<br><br>F. GONZALEZ, Warden,<br><br>    Respondent.<br>_____/ | No. C 10-5644 PJH (PR)<br><br>**ORDER OF TRANSFER** |

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction and sentence imposed by the Superior Court in and for the County of Los Angeles. Los Angeles County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated in the California Correctional Institution at Tehachapi, which is in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Los Angeles County, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: January 10, 2011.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

P:\PRO-SE\PJH\HC.10\GARCIA5644.TRN.wpd