# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

**MARIO RONEY GARCIA,**

  Petitioner,

  v.

**F. GONZALEZ, WARDEN, et al.,**

  Respondents.

No. CV 11-0921-SJO (RCF)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 3/7/11

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE